AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v. JVG

T/N: JOSE LUIS VILLALA-GARCIA

CASE NUMBER: 08 CR605-L

JVG

I, JOSE LUIS VILLALA-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/4/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Jose L VilleLA G.
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER